# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO,<br>FRESNO POLICE DEPARTMENT,<br><br>  Defendant.<br>_____ | Case No.: 1:11-cv-01057-AWI-MJS<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A SUPPLEMENTAL APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(ECF No. 3)<br><br>**SUPPLEMENTAL APPLICATION DUE BY July 18, 2011** |

Plaintiff John Lee Williams has filed an "Application to Proceed without Prepayment of Fees" (ECF No. 3.) According to the affidavit he filed in support of his Application, he has no income, savings, property, home, other assets or any means of supporting himself. Paragraph numbered 6 of his affidavit also could be read to suggest that the Plaintiff is responsible for the support of another individual who is dependant upon him. Such representations, if read and interpreted correctly, are inconsistent and confusing.

Accordingly, Plaintiff is ORDERED to file not later than July 18, 2011, a supplemental Application/affidavit explaining how he provides for his own food, lodging and support and, if applicable, for another. If another is dependant upon him, Plaintiff also shall provide **all** information requested in paragraph 6 of his Application.

1  If Plaintiff fails to comply with this Order, the Court may deny Plaintiff's request to
2 proceed in forma pauperis.

5 IT IS SO ORDERED.

6 Dated:   July 6, 2011                              /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE