1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| JOHN LEE WILLIAMS, | ) | 1:11-cv-01057 AWI MJS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, | ) | (ECF 5) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted An application and supplemental application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

Dated:    July 13, 2011                     /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

1