1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

JOHN LEE WILLIAMS,

CASE NO.   1:11-cv-1057-AWI-MJS (PC)

10

Plaintiff,

11

12

v.

13

CITY OF FRESNO, et al.,

14

Defendants.

15

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO STATE A CLAIM

(ECF No. 9)

PLAINTIFF MUST FILE AMENDED COMPLAINT BY JUNE 5, 2012

16

/

17      Plaintiff John Lee Williams ("Plaintiff") initiated this action by filing a pro se

18   Complaint on June 20, 2011.  (ECF No. 2.)

19      The Court screened Plaintiff's Complaint on April 5, 2012, and found that it failed

20   to state a cognizable claim, but gave Plaintiff an opportunity to file an amended complaint

21   on or before May 10, 2012.  (ECF No. 9.)  May 10, 2012, has passed without Plaintiff

22   having filed an amended complaint or a request for an extension of time to do so.

23      Local Rule 110 provides that "failure of counsel or of a party to comply with these

24   Rules or with any order of the Court may be grounds for imposition by the Court of any and

25   all sanctions . . . within the inherent power of the Court."  District courts have the inherent

26   power to control their dockets and "in the exercise of that power, they may impose

27   sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing

28   Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's

failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Plaintiff has not responded to the Court's April 5, 2012, Order.  He will be given one more opportunity, until **June 5, 2012**, **and no later**, to file an amended complaint or show cause why his case should not be dismissed for failure to comply with a Court order and failure to state a claim.  **Failure to meet this deadline will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    May 21, 2012          _____ /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE